NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2008-3271

ARTIS D. GOODLOE,

Petiitoner,

v.

UNITED STATES POSTAL SERVICE,

Respondent.

Petition for review of the Merit Systems Protection Board in CH0752070621-I-1.

ON MOTION

Before PROST, Circuit Judge.

## ORDER

The United States Postal Service (USPS) moves to remand this case to the Merit Systems Protection Board. Artis D. Goodloe has not responded.

The court deems it the better course for USPS to include its arguments concerning remand in its brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied.

FEB  2 2009
_____
Date

cc:    Artis D. Goodloe
       Jeremiah M. Luongo, Esq.
s17

FOR THE COURT

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 02 2009

JAN HORBALY
CLERK